LAW OFFICES OF
**McCARTHY & KROES**
125 E. VICTORIA STREET, SUITE A
SANTA BARBARA, CA 93101
(805) 564-2085

R. Chris Kroes, State Bar No. 134935

**Attorneys for**: Plaintiff TRAMPOLINES UNLIMITED, INC.

JS-6

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TRAMPOLINES UNLIMITED, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EPIC AIR, LLC; EPIC AIR JUMP CLUB, INC. and DOES 1 to 20, inclusive, <br><br> Defendant. | CASE NO.: CV 12-07844-JFW (FFMx) <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> Complaint Filed: March 2, 2012 <br> Removed: April 18, 2012 <br><br> *[Assigned to the Honorable John F. Walter in Courtroom Sixteen.]* |

## **ORDER**

**NOW BASED UPON THE STIPULATION OF COUNSEL FOR PETITIONER AND RESPONDENT AND GOOD CAUSE THEREFORE APPEARING, IT IS ORDERED, ADJUDGED AND DECREED:**

1. The action shall be dismissed with prejudice.

Dated: April 2, 2013                                        _____

Judge of the Central District Court

---

ORDER FOR DISMISSAL WITH PREJUDICE