LAW OFFICES OF
McCARTHY & KROES
125 E. VICTORIA STREET, SUITE A
SANTA BARBARA, CA 93101
(805) 564-2085

R. Chris Kroes, State Bar No. 134935

**Attorneys for**: Plaintiff TRAMPOLINES                    JS-6
UNLIMITED, INC.

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TRAMPOLINES UNLIMITED, INC., | CASE NO.: CV 12-07844-JFW (FFMx) |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | Complaint Filed:   March 2, 2012 |
| EPIC AIR, LLC; EPIC AIR JUMP CLUB, INC. and DOES 1 to 20, inclusive, | Removed:            April 18, 2012 |
| Defendant. | *[Assigned to the Honorable John F. Walter in Courtroom Sixteen.]* |

## ORDER

**NOW BASED UPON THE STIPULATION OF COUNSEL FOR PETITIONER AND RESPONDENT AND GOOD CAUSE THEREFORE APPEARING, IT IS ORDERED, ADJUDGED AND DECREED:**

1.    The action shall be dismissed with prejudice.

Dated: April 2, 2013                  _____

                                      Judge of the Central District Court

McCARTHY & KROES
125 E. VICTORIA, SUITE A
SANTA BARBARA, CA 93101